IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **STONEY JAMES BAILEY,** )<br>Plaintiff, )<br>)<br>v. )<br>)<br>**SOUTHWEST VIRGINIA** )<br>**REGIONAL JAIL- DUFFIELD,** )<br>Defendant. ) | | Civil Action No. 7:16cv00367<br><br>**FINAL ORDER**<br><br>By: Norman K. Moon<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this 42 U.S.C § 1983 action is **DISMISSED without prejudice** pursuant to 42 U.S.C. § 1997e(c)(1) for failing to state a claim and this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This __25th__ day of August, 2016.

_/s/ Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE